68180. HOWARD v. COLLINS et al.

BANKE, Judge.
This is an appeal from the issuance of a writ of possession in an eviction proceeding. In addition to possession of the premises, the landlord also seeks to obtain a judgment for past rent, a claim which

remains pending below. *Held*:

Because the claim for rent remains pending, the writ of possession is an interlocutory order which is not appealable absent compliance with the interlocutory appeal procedures set forth in OCGA § 5-6-34 (b). Accord *Grantham v. Nelson*, 160 Ga. App. 68 (286 SE2d 59) (1981). The appeal is accordingly dismissed.

*Appeal dismissed. Shulman, P. J., and Pope J., concur.*

DECIDED MARCH 16, 1984.

James Howard, *pro se.*
*Stephen H. DeBaun,* for appellees.